**STATE of Missouri, Respondent,**

v.

**Steven Loren FREY, Jr., Appellant.**

**WD 79722**

Missouri Court of Appeals,
Western District.

ORDER FILED: September 26, 2017

Joshua D. Hawley, Attorney General, and Nathan J. Aquino, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Ellen H. Flottman, District Defender, Columbia, MO, Attorney for Appellant.

Before Division Two: Edward R. Ardini, Jr., Presiding Judge, and Karen King Mitchell and Anthony Rex Gabbert, Judges

**Order**

Per Curiam:

Steven Frey, Jr., appeals, following a jury trial, his convictions of first-degree statutory sodomy, § 566.062, and second-degree statutory sodomy, § 566.064, for which he was sentenced by the court as a persistent felony offender to concurrent terms of twenty-five and fifteen years, respectively. Frey brings two points on ap-

peal. First, he argues that the court erred in admitting his statement to Officer Swanson because it was taken in violation of *Miranda v. Arizona*, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 (1966). Second, he argues that the court erred in refusing to grant a mistrial after a State's witness mentioned that Frey had been in jail on the charges. Finding no error, we affirm. Rule 30.25(b).